UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,                     Case No. 1:18-cv-00668-JTN-ESC

    v.                                  Hon. Janet T. Neff

GEORGINA'S LLC,

        Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above-captioned case was filed in this court on June 14, 2018 .   The case has been assigned to Janet T. Neff .

                                      CLERK OF COURT

Dated:   June 18, 2018        By:    /s/ C. Wenners_____
                                        Deputy Clerk