# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

          Plaintiff,

  v.

GEORGINA'S, LLC.

          Defendant.

CASE NO.  1:18-cv-00668-JTN-ESC

Honorable Janet T. Neff

_____/

## MOTION FOR STAY AND EXTENSIONS

Plaintiff Equal Employment Opportunity Commission (EEOC) moves to stay this litigation and extend all deadlines due to the lapse in appropriations and government shutdown.

1. Federal government appropriations lapsed at midnight on December 21, 2018, and the EEOC is again shut down.

2. Given the Antideficiency Act, 31 U.S.C. § 1341 et seq., the EEOC is prohibited from litigating this matter during the shutdown, except for a four-hour wind-down on December 26, 2018.

3. Therefore, the EEOC seeks an order staying this litigation for the duration of the shutdown and extending all deadlines for the same duration as the shutdown.

4. Counsel for the EEOC has contacted Defendant's counsel regarding this motion. It is not anticipated Defendant will oppose this motion.

WHEREFORE, Plaintiff requests this Court enter an Order staying this litigation and extending all deadlines by the same duration as the shutdown.

Respectfully submitted,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

KENNETH BIRD
OMAR WEAVER (P58861)

<u>/s/ Miles Uhlar</u>
MILES UHLAR (P65008)
Attorney for Plaintiff
Detroit Field Office
Patrick v. McNamara
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
(313) 226-4620
miles.uhlar@eeoc.gov

Dated: December 26, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 26, 2018, I electronically filed the foregoing *Motion for Stay and Extensions* with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record *via* the Court's e-filing system.

<u>/s/ Miles Uhlar</u>
MILES UHLAR (P65008)
Attorney for Plaintiff
Detroit Field Office
Patrick v. McNamara
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
(313) 226-4620
miles.uhlar@eeoc.gov