UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

GEORGINA'S LLC
d/b/a Georgina's Taqueria,

    Defendant.
_____/

Case No. 1:18-cv-668

HON. JANET T. NEFF

## **ORDER**

Pending before the Court is Plaintiff's Motion for Stay and Extensions (ECF No. 18). No response has been timely filed. The Court having reviewed the motion:

**IT IS HEREBY ORDERED** that the Motion for Stay and Extensions (ECF No. 18) is GRANTED to the extent that this matter is STAYED pending Plaintiff's funding being restored and further order of the Court. Within seven (7) days of Plaintiff's funding being restored, Plaintiff shall file a notice indicating such and advising the Court whether the stay should be lifted. Once, the stay is lifted, either party or both may move to extend any deadlines impacted by this stay.

Dated: January 10, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge