# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

Case No. 1:18-cv-13466
HON. Janet T. Neff

v.

GEORGINA'S LLC,

        Defendant.
_____/

| | |
|---|---|
| KENNETH L. BIRD | Matthew D. Vermetten (P43425) |
| OMAR WEAVER (P58861) | Attorney for Defendant |
| MILES UHLAR (P65008) | 600 E. Front Street, Suite 102 |
| Attorney for Plaintiff | Traverse City, Michigan 49686 |
| 477 Michigan Ave., Rm. 865 | (231) 929-3450 |
| Detroit, Michigan 48226 | |
| (313) 226-4620 | |
| Miles.uhlar@eeoc.gov | |

_____/

## PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT

    Plaintiff, the Equal Employment Opportunity Commission ("Commission" or "Plaintiff"), serves the following first set of discovery requests which include Interrogatories, Requests for Production of Documents, and Requests for Admissions to be answered by Defendant under oath and in writing within the next thirty (30) days in accordance with Rules 33, 34, and 36 of the Federal Rules of Civil Procedure.

## INTRODUCTION

1.   The answers to these Interrogatories and Requests for Production of Documents must include all information known to Defendant, its attorneys, investigators, experts, and agents, and all information otherwise reasonably available to Defendant.

2.   These Interrogatories and Requests for Production of Documents are deemed to be continuing in nature, so that any information Defendant receives after its filing and serving of initial responses which could cause any deletion from, addition to, or modification of its responses shall immediately be served on counsel for the Commission.

3.   For any questions answered in whole or in part with "the investigation is continuing," or any substantially similar indication of a lack of finality in the response or absence of response, state the nature of such continuing investigation, the name, most recent available address and telephone number of each person and entity conducting each such investigation, and the projected completion date of each such investigation.

4.   Identify by date, sender, receipt, location and custodian each document which contains information that forms a basis for the answer given or which corroborates the answer given or the substance of what is given in answer to an interrogatory.

5.   When used in conjunction with the term "document", "identify" means to state the document's title and subject matter, its date, its author(s), its recipient(s), and its location and present custodian. In the case of a document that was, but is no longer in the possession, custody or control of Defendant or its agents, state what disposition was made of it, why, when, and by whom.

6.   The following terms shall have the meanings indicated below:

      a.   "Person" means natural persons, companies,

corporations, holding companies, subsidiaries, parent companies, partnership, sole proprietorships, agencies, associations, federations, groups, facilities or any other kind of entity.

      b.  "Document" means any electronic, printed, typewritten, handwritten, or otherwise recorded matter of whatever character, including, but not limited to, electronic mail, letters, purchase orders, memoranda, notes, catalogues, brochures, diaries, reports, calendars, interoffice communications, statements, announcements, photographs, tape recordings, motion pictures and any carbon or photographic copies of such material if Defendant does not have custody or control of the original.

## INTERROGATORIES

1.    State the reason Jessica Werthen was terminated.

**ANSWER:**


2.    State the reason ▮▮▮▮▮▮▮▮▮ was terminated.

**ANSWE**


3.    Identify all facts supporting the assertion of any affirmative defenses set forth by Defendant.

**ANSWER:**

4. Identify any and all witnesses Defendant intends to call at the time of trial, and indicate whether they are expected to offer lay or expert testimony. For each witness, please provide a brief description of their anticipated testimony.

**ANSWER:**

### REQUEST FOR PRODUCTION OF DOCUMENTS

1. Produce the complete personnel files for the following employees:

    a) Jessica Wethen;

    b) 

    ; and

      k) Any and all employees who made a complain of sexual harassment at any time.

2. Produce complete payroll records pertaining to Jessica Werthen.

3. Produce a list of all employees who have worked at either of the Traverse City Georgina's locations. For each please include:

      a) name;

      b) Last known address, phone number, and e-mail adress;

      c) Date of hire;

      d) Position(s) worked;

      e) Date of termination; and

      f) Reason for termination.

4. Produce a list of all employees who have worked at either of the Grand Rapids Georgina's locations. For each please include:

      a) name;

      b) Last known address, phone number, and e-mail adress;

      c) Date of hire;

      d) Position(s) worked;

      e) Date of termination; and

   f) Reason for termination.

5. Produce a list of all employees who have worked at either of the Harbor Springs Georgina's locations. For each please include:

   a) name;

   b) Last known address, phone number, and e-mail adress;

   c) Date of hire;

   d) Position(s) worked;

   e) Date of termination; and

   f) Reason for termination

6. Produce a copy of any and all sexual harassment complaints made by an employee from January 1, 2014 to the present at any Geogina's location.

7. Produce a copy of any and all documents relating to any sexual harassment complaint made by any employee at any time from January 1, 2014 to the present at any Georgina's location.  Please include any and all investigative reports and/or e-mails.

8. Produce all weekly work schedules at the Traverse City location for the duration of Jessica Werthen's employment.

9. Produce any written sexual harassment policy in place at any Georgina's location between January 1, 2014 and the present.

10. Produce any and all time and/or payroll records indicating the dates and hours all employees worked at the Traverse City Georgina's location from November 1, 2015 through February 15, 2016.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


__s/ Miles Uhlar_____
Miles Uhlar (P65008)


Dated:   August 28, 2018

### CERTIFICATE OF SERVICE

The undersigned has certified that *Plaintiff's First Set of Discovery Requests to Defendant* has been served on Defendant via regular mail by depositing the same in the United States mail, first class, on August 28, 2018.

__s/ Miles Uhlar_____
Miles Uhlar (P65008)