# EXHIBIT 4

# MILES UHLAR

| | |
|---|---|
| **From:** | MILES UHLAR |
| **Sent:** | Tuesday, March 05, 2019 4:00 PM |
| **To:** | Matthew Vermetten |
| **Subject:** | EEOC v. Georgina's - Stipulated Orders |
| **Attachments:** | Draft Stip Order to Compel.docx; Draft Stip Order to Extend ADR Deadine.docx |

Matt:

Please let me know if I can sign your name to the attached stipulated orders. First is regarding outstanding discovery, second is regarding changing the ADR deadline.

Sincerely,

Miles Uhlar
Trial Attorney – EEOC – Detroit Field Office
477 Michigan Ave., Room 865
Detroit, MI 48226
(313) 226-4620

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

Case No. 1:18-cv-00668
Hon. Janet T. Neff

v.

GEORGINA'S LLC,

        Defendant.

_____/

| | |
|---|---|
| Kenneth L. Bird | Matthew Vermetten  (P43425) |
| Omar Weaver (P58861) | Pezzetti, Vermetten & Popovits |
| Miles L. Uhlar (P65008) | Attorney for Defendant |
| Attorney for Plaintiff | 600 E. Front Street, Suite 102 |
| 477 Michigan Ave., Rm. 865 | Traverse City, MI 49686 |
| Detroit, Michigan 48226 | 231-929-3450 |
| (313) 226-4620 | mvermetten@mich-legal.com |
| miles.uhlar@eeoc.gov | |

_____/

## **STIPULATED ORDER TO COMPEL**

Upon stipulation of the parties,

IT IS HEREBY ORDERED that Defendant shall provide full and complete supplemental answers and responses to Plaintiff's First Interrogatories and Requests for Production of Documents by March 15, 2019.  The supplemental answers to interrogatories shall be signed by an appropriate corporate representative.  The

supplemental responses to the Requests for Production of Documents shall include all outstanding documents.

    IT IS SO ORDERED.

                                        _____
                                        Hon. Janet T. Neff
                                        U.S. District Court Judge

APPROVED AS TO SUBSTANCE AND FORM:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Kenneth L. Bird
Omar Weaver (P58861)
Miles Uhlar (P65008)


By: _____
Miles Uhlar (P65008)
477 Michigan Ave, Rm 865
Detroit, MI 48226
(313) 226-4620
Attorneys for Plaintiff

March \_\_, 2019


By: _____
Matthew Vermetten  (P43425)
Pezzetti, Vermetten & Popovits
600 E. Front Street, Suite 102
Traverse City, MI 49686
(231) 929-3450
Attorney for Defendant

March \_\_, 2019