UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.

CASE NO. 1:18-cv-00668
HON. JANET T. NEFF
MAG. ELLEN S. CARMODY

GEORGINA'S LLC,

    Defendant.

---

| | |
|---|---|
| Miles L. Uhlar (P65008)<br>Trial Attorney – EEOC<br>Detroit Field Office<br>Attorney for Plaintiff<br>477 Michigan Ave., Room 865<br>Detroit, MI  48226<br>(313) 226-4620<br>miles.uhlar@eeoc.gov | Matthew D. Vermetten (P43425)<br>Brandt Pezzetti Vermetten & Popovits PC<br>Attorneys for Defendant<br>600 E. Front St., Suite 102<br>Traverse City, MI  49686<br>(231) 929-3450<br>mvermetten@bfarlaw.com |

---

## POST-MEDIATION REPORT

Mediation was held in Grand Rapids on April 23, 2019.  Omar Weaver and Miles L. Uhlar attended on behalf of the Plaintiff.  Anthony Craig, owner and president of Georgina's LLC, and Matthew D. Vermetten attended on behalf of the Defendant.

-2-

The Parties did not reach settlement.

**Mediator**

_____
Timothy H. Howlett (P24030)
Dickinson Wright PLLC

Dated: April 24, 2019