UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

            Plaintiff,

Case No. 1:18-cv-00668
Hon. Janet T. Neff

v.

GEORGINA'S LLC,

            Defendant.
_____/

| | |
|---|---|
| Kenneth L. Bird | Matthew Vermetten  (P43425) |
| Omar Weaver (P58861) | Pezzetti, Vermetten & Popovits |
| Miles L. Uhlar (P65008) | Attorney for Defendant |
| Attorney for Plaintiff | 600 E. Front Street, Suite 102 |
| 477 Michigan Ave., Rm. 865 | Traverse City, MI 49686 |
| Detroit, Michigan 48226 | 231-929-3450 |
| (313) 226-4620 | mvermetten@mich-legal.com |
| miles.uhlar@eeoc.gov | |

_____/

## **STIPULATED ORDER TO COMPEL**

Upon stipulation of the parties,

IT IS HEREBY ORDERED that Defendant shall provide full and complete answers and responses to Plaintiff's Second Interrogatories and Requests for Production of Documents by May 13, 2019.  The answers to interrogatories shall be signed by an appropriate corporate representative.  The responses to the Requests for Production of Documents shall include all outstanding documents.

IT IS SO ORDERED.

_____
Hon. Janet T. Neff
U.S. District Court Judge

APPROVED AS TO SUBSTANCE AND FORM:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Kenneth L. Bird
Omar Weaver (P58861)
Miles Uhlar (P65008)


By: /s/ Miles Uhlar_____
Miles Uhlar (P65008)
477 Michigan Ave, Rm 865
Detroit, MI 48226
(313) 226-4620
Attorneys for Plaintiff

April 24, 2019


By: /s/ Matthew Vermetten_____
Matthew Vermetten (P43425)
Pezzetti, Vermetten & Popovits
600 E. Front Street, Suite 102
Traverse City, MI 49686
(231) 929-3450
Attorney for Defendant

April 24, 2019