UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

GEORGINA'S LLC
d/b/a Georgina's Taqueria,

    Defendant.
_____/

Case No. 1:18-cv-668

HON. JANET T. NEFF

## ORDER

Pending before the Court is Plaintiff's Motion to Extend Discovery (ECF No. 36), seeking to permit Plaintiff, only, to conduct discovery through July 5, 2019. Defendant filed a Response opposing the motion (ECF Nos. 38, 39). The Court, having reviewed the above filings, will grant in part and deny in part the request for an extension. Specifically, the Court will grant a 35-day extension of the discovery deadline. Accordingly:

**IT IS HEREBY ORDERED** that the Motion to Extend Discovery (ECF No. 36) is GRANTED IN PART AND DENIED IN PART. The deadline for completion of discovery is extended to June 10, 2019.

Dated: May 8, 2019

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge