UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,                            Case No. 1:18–cv–668

  v.

GEORGINA'S LLC,

      Defendant.
_____/

**NOTICE REGARDING REASSIGNMENT**

      NOTICE is hereby given that matters that were previously assigned or referred to Magistrate Judge Ellen S. Carmody in this case have been reassigned to Magistrate Judge Sally J. Berens under Administrative Order No. 19–CA–093. Unless notified otherwise under separate notification, all current deadlines and any scheduled hearings will remain as previously scheduled.

                                                        THOMAS L. DORWIN
                                                        CLERK OF COURT

Dated:  November 4, 2019        By:   /s/ Angie L. Doezema
                                                  Deputy Clerk