**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-cv-00668-JTN-SJB | 3/11/2020 | 11:00 AM – 11:17 Am | Sally J. Berens |

**CASE CAPTION**

| |
|---|
| Equal Employment Opportunity Commission v. Georgina's LLC |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Miles L. Uhlar | Plaintiff(s) |
| Matthew D. Vermetten | Defendant(s) |

**PROCEEDINGS**

**NATURE OF HEARING:** Telephone status conference held; settlement conference to be rescheduled to March 26, 2020.

Proceedings Not Recorded
Deputy Clerk: C. Hosner