UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,                      Case No. 1:18–cv–668

    v.                                Hon. Janet T. Neff

GEORGINA'S LLC,

      Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | July 31, 2020   10:00 AM<br>*(previously set for July 28, 2020)* |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

*In all other respects, the Order setting the Status Conference (ECF No. 55) remains the same.*

                                          SALLY J. BERENS
                                          U.S. Magistrate Judge

Dated:  June 16, 2020        By:   /s/ Julie Lenon_____
                                              Courtroom Deputy