# List of Exhibits

| | |
|---|---|
| **Exhibit 1** | **Proposed Amended Complaint** |
| **Exhibit 2** | **Georgina's 5/13/20 Facebook Post** |
| **Exhibit 3** | **Traverse City Ticker 5/15/20** |
| **Exhibit 4** | **Georgina's 5/24/20 Facebook Post** |
| **Exhibit 5** | **Georgina's Facebook Posts 5/24/20 – 6/29/20** |
| **Exhibit 6** | **Georgina's Facebook Changed to Little G's** |
| **Exhibit 7** | **Georgina's & Little G's Reviews – Same Facebook Page** |
| **Exhibit 8** | **Little G's 6/30/20 & 7/1/20 Facebook Posts re: Gift Cards & Opening** |
| **Exhibit 9** | **Georgina's Menu** |
| **Exhibit 10** | **Little G's Menu** |