



Anthony's Little G's

Like Follow Share

Call Now Send Message

## Anthony's Little G's

@AnthonysLittleGSTC

- Home
- **Reviews**
- Photos
- Posts
- Videos
- Events
- About
- Community

Create a Page

4.8

4.8 out of 5

Based on the opinion of 431 people

**Do you recommend Anthony's Little G's?**

Yes No

**Ratings and reviews have changed**

Now it's easier to find great businesses with recommendations

Learn More

People talk about "asian beef skewers", "braised pork belly" and "seared ahi tuna"

MOST HELPFUL MOST RECENT

**Gail Schafer** recommends Anthony's Little G's.

1d ·

Excellent food! Great service. Best beans I've ever had, even had to get extra to go.

**Healthy options · Creative cuisine · Outdoor dining**

Like Comment Share

Write a comment...

Press Enter to post.

**Dalia Menchaca** recommends Anthony's Little G's.

July 1 ·

Love the outdoor dining concept, perfect set up for proper social distancing. The food is delicious, the staff is amazing and so attentive. The Chef always presents his food so appetizing. Everything we have ever eaten made by this Chef has been mouth watering. Thank you Tony for always pleasing our taste buds

**Hip atmosphere · Fine dining · Chic décor**

1

Like Comment Share

**Derek Hoskin** reviewed Anthony's Little G's —

August 5, 2018 ·

My girlfriend and I came in during the film festival and were surprised to be able to get right in. Even though it was busy the food still came out fast. Everything tasted fresh and flavorful. They offer a lot of unique takes on some classic favorites with plenty of more out of the ordinary choices on the menu along with a few more conventional. It was hard to choose because so many things sounded so good!

**Dana Dunchock Sternfeld** recommends Anthony's Little G's.
July 8 ·

Everything's so fresh and unique! Tried the calamari and believe me when I say this....not like any calamari I've ever had. Simply Delicious! Can't wait for the next visit.

1

Write a comment...
Press Enter to post.

**Omar Porras** reviewed Anthony's Little G's —
August 3, 2018 ·

## One of my favorite restaurants in the World!!!

Write a comment...
Press Enter to post.

**Kerry Gartland** recommends Anthony's Little G's.
July 9 ·

Some of the best food in Traverse City. Unique. Never disappoints. Chef Tony is the best.

**Great food · Classic cocktails · Creative cuisine · Large portions · Takeaway menu · Outdoor dining** · ... See 3 more

Write a comment...
Press Enter to post.

**Kristy Anderson** reviewed Anthony's Little G's —
August 1, 2018 ·

Was in TC on vacation and asked the bartender at Monkey Fist Brewing CO. He recommended Georgina's and boy were we thankful! Food was delicious, staff was great, the beans are amazing and I would go back just for them!

1

Write a comment...
Press Enter to post.

**Meg Bowen** recommends Anthony's Little G's.
April 30 ·

Delicious! Love Georgina's and the stellar service they provide! Y'all go above and beyond. Thank you so much for our takeout honey cashew chicken!



 Write a comment...

Press Enter to post.

 **Edward G. Stewart** reviewed Anthony's Little G's —
July 29, 2018 ·

Drunken noodles were way too salty. It is a teriyaki based dish I know, but this the first dish I have ever had that I would not ever try again. I should have stuck to the curry.

2

 Write a comment...

Press Enter to post.

 **Angela Goodall**    recommends Anthony's Little G's.
April 16 ·

Great, authentic food! Lots of options to choose from.

 Write a comment...

Press Enter to post.

 **Matthew Rizzo** reviewed Anthony's Little G's —
July 27, 2018 ·

Holy comfort food. Amazing

 Write a comment...

Press Enter to post.

 **Jessica Evans**    recommends Anthony's Little G's.
April 19 ·

I was so impressed by Georgina's tonight! I ordered a noodle bowl, my husband ordered a burger, and my son got the buttered noodles. There was SO MUCH food. My low mein bowl was literally the best I've had anywhere (and I have lived all over the state with an affinity for this type of food). My son's noodle portion was so large that I genuinely thought they had separated my noodles and broth. I am attaching a picture to show the sizes and what was left after we had a whole se... See More

**Large portions** · **Child-friendly**



1

| Write a comment... |
Press Enter to post.

**Joshua Wagner** reviewed Anthony's Little G's —
July 27, 2018 ·

Ya know ive had some great dining experiences. My hometown has some great
establishments that have been around for years. Georgina's is about 286 miles away
from where i stay. They serve outstanding food. Quickly and somewhat perfectly.
Staff was outstanding. Beautiful actually. Expensive yet worth it, plus they have a
great beverage selection. Just needs more art on the walls. Still five star.

2

| Write a comment... |
Press Enter to post.

**Jason Phillips**    recommends Anthony's Little G's.
March 18 ·

Our first time here, we really enjoyed this food. We shared bites from one another's
plates, couldn't decide which meal was better, ended up taking some of it home
because the portions were very healthy. I can't wait to go back to Georginas the next
time we're in Traverse City! I highly recommend this place on a scale from 1 to 5
stars I give it six! Jason Phillips

**Healthy options**

| Write a comment... |
Press Enter to post.

**Jeffery Cox** reviewed Anthony's Little G's —
July 13, 2018 ·

## Food was great spice was intense be warned!!

| Write a comment... |
Press Enter to post.

**Hannah Robinson** recommends Anthony's Little G's.

May 22 ·

customer service was great

**Great food · Large wine list**

Write a comment...

Press Enter to post.

**Michael Babcock** reviewed Anthony's Little G's —

July 9, 2018 ·

## As always, I had a great meal and a great time.

1

Write a comment...

Press Enter to post.

**Aaron Gentry** recommends Anthony's Little G's.

December 4, 2019 ·

Amazing and unique menu. The hardest part was deciding what to try. Service was excellent as well!

**Creative cuisine · Stylish interior**



**Randy Van Patten** reviewed Anthony's Little G's —

July 4, 2018 ·

A wonderful experience! The sidewalk dining was fun, the wine spectacular and the Lo Mein with Asian beef was fantastic! The attentive service capped an amazing lunch.

Write a comment...

Press Enter to post.

**Lori Schummer** recommends Anthony's Little G's.

November 1, 2019 ·

Can't even begin to explain this amazing food experience! Fast, friendly service and amazing food to boot!!! Can't wait to go back!!! This is everything you have been looking for and more!!

**Large wine list · Hip atmosphere · Classic cocktails · Chic décor · Stylish interior · Large menu · ... See 1 more**



Write a comment...
Press Enter to post.

**Brian Nickoloff** reviewed Anthony's Little G's —
July 2, 2018 ·

I had the Korean Street Tacos and my wife had the Chelsea's Salad. Both were very good, no complaints here at all.

Write a comment...
Press Enter to post.

**Yenyen Hart**      recommends Anthony's Little G's.
November 10, 2019 ·

Good service, good food. For sure will come again.

**Cosy atmosphere**

Write a comment...
Press Enter to post.

**Mitch Mort** reviewed Anthony's Little G's —
June 27, 2018 ·

Great food but I can't support a person/owner that treats their employees the way he does. Plenty of other great restaurants in TC to support.

4                                                    1 Comment

**Sean Doutlick** I am a wine delivery driver from down state...this owner has offered me food or drinks if I ever wanted or needed it. These are good people.

Like · Reply · 1y                                      1

Write a comment...
Press Enter to post.

**Tammy Andy Root**      recommends Anthony's Little G's.
October 17, 2019 ·

Amazing food! Great atmosphere! The chef/owner came out to give me a history on the food. How awesome and personal is that?!?!



2

Write a comment...
Press Enter to post.

**Yohanna Garcia-Jiménez** reviewed Anthony's Little G's —
June 24, 2018 ·

Excellent food and ambience! The staff was very professional and attentive! Trip Advisor said there were only 18 seats, but it really had like 76 seats!

Write a comment...
Press Enter to post.

**Carol Bucholtz Shrimpton** recommends Anthony's Little G's.
October 10, 2019 ·

Wonderful food good staff of people and a little different menu

Write a comment...
Press Enter to post.

**Terrie Ball** reviewed Anthony's Little G's —
June 24, 2018 ·

Good food great service a don't miss stop. Latin and Asian quisine! We will be back!

Write a comment...
Press Enter to post.

**Claudia Ortiz** recommends Anthony's Little G's.
November 14, 2019 ·

Delicious food! Wonderful staff!



Large portions · Great food · Cosy atmosphere · Creative cuisine

Write a comment...
Press Enter to post.

**Heather Blair Avalos** reviewed Anthony's Little G's —
June 23, 2018

It is amazing

Write a comment...
Press Enter to post.

**Alison Gould**   doesn't recommend Anthony's Little G's.
October 19, 2019 ·

Somehow my meal was too salty, and my husband's meal was too bland. Both were edible, but disappointing, especially for the price.

Write a comment...
Press Enter to post.

**Cyndi Archer Ursprung** reviewed Anthony's Little G's —
June 13, 2018 ·

Amazing food, service and atmosphere!

**Angelique Rolfe**   recommends Anthony's Little G's.
October 13, 2019 ·

Theresa is a fantastic waitress! The wine selection here is vast and the portions are excellent. I recommend this place!

**Large wine list**

1

Write a comment...
Press Enter to post.

**Jenna Brianne** reviewed Anthony's Little G's —
May 28, 2018 ·

Everything I've tried here is spectacular. The pineapple Mojito and Sangria are both delicious. The chorizo nachos and the black bean avocado cakes are amazing. The crema con queso tacos are so good I don't order anything else. We did try the Korean street tacos and our particular server really underembellished how insanely spicy they were but we survived!! You can't go wrong with this place, it's always packed so plan ahead and make reservations.

3

Write a comment...
Press Enter to post.

**Jerri McCarthy**   recommends Anthony's Little G's.
October 17, 2019 ·

Life changing food! Exceptional Service! Phenomenal Drinks! If you think I am exaggerating, just try the Calamari or the Pork.



**Ken Crawford** reviewed Anthony's Little G's —
May 5, 2018 ·

Awesome food and our server was great! Thank you!

Write a comment...

Press Enter to post.

**Andrew Nelson**   recommends Anthony's Little G's.
October 26, 2019 ·

Incredible Tacos. I live in Dallas, and these tacos are the best I have ever had. I recommend the "Around the World" taco plate and black bean patties.

Casual



**Keira Tue** reviewed Anthony's Little G's —
May 3, 2018 ·

Best food in town
I have taken all my friends here that come to visit and they love it just as much as
my family!

**Chris Vlcek** recommends Anthony's Little G's.
October 20, 2019 ·

Food is amazing. Our fav place to eat in Traverse City

**Emma Elizabeth** reviewed Anthony's Little G's —
April 30, 2018 ·

Great service and variety of foods. The black bean avocado cake appetizer was a
fantastic blend of flavors and textures! If you're looking for something out of the
ordinary, but extraordinary then its a must.

**Jason Emmert** recommends Anthony's Little G's.
September 21, 2019 ·

So good. Great atmosphere and Amazing food!

**Great food · Fine dining · Tasting menus · Stylish interior · Cosy atmosphere ·
Classic cocktails**

1

**Michele Major** reviewed Anthony's Little G's —
April 22, 2018 ·

Phenomenal food, great staff. They went out of their way to make our friends
birthday a terrific experience. This is my second time here and every time I go to
Traverse City I'm coming back!!!

1 Comment

**Anthony's Little G's** Thank you for your kind words, glad you enjoyed your
evening dining with us!

Like · Reply · 2y

1

**Diane Spence** recommends Anthony's Little G's.
September 8, 2019 ·



great food , great portions,
great atmosphere
LOVED IT!!!!!

Write a comment...
Press Enter to post.

**Mike Willard** reviewed Anthony's Little G's —
April 20, 2018 ·

Enjoyed drinks and apps. We will be back in the
near future.

1 Comment

**Anthony's Little G's** Thank you, Mike! Look forward to seeing you back in
the future.

Like · Reply · 2y

Write a comment...
Press Enter to post.

**Maureen Power Hoffman**    recommends Anthony's Little G's.
August 27, 2019 ·

The very tasty food.
The staff are amazing.
Tony...the owner was delightful and gracious



Write a comment...
Press Enter to post.

**Rebecca Torres** reviewed Anthony's Little G's —
April 5, 2018 ·

I loved the food, service, and atmosphere! Would recommend to anyone♡

Write a comment...
Press Enter to post.

**Garret Demarest**   recommends Anthony's Little G's.
September 16, 2019 ·

Our server was great with excellent service!

**Great food · Large portions**

Write a comment...
Press Enter to post.

**Heidi Stukkie** reviewed Anthony's Little G's —
March 18, 2018 ·

We visited on a very busy Saturday night and everything was perfect. Our food tasted so fresh and flavorful, we didn't even notice there wasn't salt and pepper on the table until much later. They even have Flor de Cana rum from Nicaragua! The service was excellent as well. And the chocolate creme de leche dessert we split tasted so mouthwatering good, it felt like you should eat it slowly with your eyes closed to savor every bite. Yum! I never write reviews, but Georgina's made such an memorable impression on me and I'm excited to know there will be one in Grand Rapids soon too.

1

Write a comment...
Press Enter to post.

**Susie Myers Mattison**   recommends Anthony's Little G's.
August 27, 2019 ·

My sister took us there, the service at the bar was absolutely amazing. The food was beyond describable !!! And the Black Beans are definitely to die for!!!!

**Outdoor dining**

1

**Stevie Jo** reviewed Anthony's Little G's —
March 17, 2018 ·



Always love the food and service. It's always super busy here but the staff is great and works together to make sure things run smoothly. Last night the bartender who also served our meals provided very good, friendly service.

1

Write a comment...
Press Enter to post.

**Jason Abajian**    recommends Anthony's Little G's.
August 17, 2019 ·

Best menu in TC with something amazing for everyone. The spicy Korean Tacos are well worth the trip!

Write a comment...
Press Enter to post.

**Drew Hale** reviewed Anthony's Little G's —
March 13, 2018 ·

Seriously amazing food, and never had bad service. This is about my favorite place in town.

Write a comment...
Press Enter to post.

**Rachel Norris**    recommends Anthony's Little G's.
August 26, 2019 ·

AMAZING FOOD! A bit pricey but so worth it. They have a dish for everyone! Go at lunch when the wait is short/non-existant. We went Friday at lunch noon in August and were two of five customers.

**Creative cuisine** · **Large portions** · **Large menu**

**Tracie Brewer** reviewed Anthony's Little G's —
March 4, 2018 ·

Open tamale with pork was the best thing I have eaten in a long time. Staff is friendly and fun! Make reservations in summer as this place gets busy! Can't wait to come back for our anniversary in April!!

1

Write a comment...
Press Enter to post.

**James McBeth**    recommends Anthony's Little G's.
September 18, 2019 ·

great food huge portions

**Great food**

Write a comment...
Press Enter to post.

**Rosina Ferrara** reviewed Anthony's Little G's —
February 19, 2018 ·

food is so amazing!! Everything we had was delicious !!





**Jaci Knorr**   recommends Anthony's Little G's.
September 11, 2019 ·

The food is out of this world. have never picked a dish that I didn't like. Chorizo con queso sounded weird but is now one of my favorites.

**Great food** · **Large portions** · **Creative cuisine**

Write a comment...
Press Enter to post.

**Peggi Tucker** reviewed Anthony's Little G's —
January 15, 2018 ·

Fabulous food! Dumpling appetizer had a wonderful flavor. Latin pork and beef dishes were superb. Watch or ask for the drink prices before you order. Wait staff was so helpful.

Write a comment...
Press Enter to post.

**Jeff Peckens**   recommends Anthony's Little G's.
September 15, 2019 ·

good eats and our waitress was fabulous! Lexie you rock !

**Chic décor** · **Great food** · **Cosy atmosphere** · **Classic cocktails**

Write a comment...
Press Enter to post.



**Holly Woodruff** reviewed Anthony's Little G's —
November 26, 2017 ·

Amazing! Great location - had a great table by the window on a busy holiday weekend. Food : unique and delicious! Dylan was most knowledgeable and accommodating. He took time with us and had so much pride in the offerings. AND he makes a mean Mojito!

Write a comment...
Press Enter to post.

**Mike Gulati** recommends Anthony's Little G's.
September 27, 2019 ·

Good
Clean
Fresh
Tasteful

Write a comment...
Press Enter to post.

**Julie Steketee-Heimer** reviewed Anthony's Little G's —
November 12, 2017 ·

Spent $55 on appetizer ( steamed dumplings) pad Thai and sweet and sour chicken dumplings were tasteless , pad Thai was terrible asked the server to exchange it for the sweet and sour chicken. Also not great. Wasn't offered a comp on anything. Server packed it to go it went home with someone else. Pretty disappointed in this highly recommend restaurant. Won't be back 

1

**Lisa Jamula Maki** recommends Anthony's Little G's.
July 21, 2019 ·

Authentic food with great variety! Awesome experience!

Write a comment...
Press Enter to post.

**Mike Bell** reviewed Anthony's Little G's —
October 25, 2017 ·

Great place and terrific food. Highly recommend.

Write a comment...
Press Enter to post.

**Ginger Smith** recommends Anthony's Little G's.
September 14, 2019 ·

Delicious but unique nachos and tacos

Write a comment...
Press Enter to post.

**Josephine Austin** reviewed Anthony's Little G's —
October 24, 2017 ·

Had Pad Tai Shrimp. Noodles were soggy big carrots and Parmesan cheese on it. Very different.



**Tariel D. Williams**   recommends Anthony's Little G's.
June 28, 2019 ·

Great food! Family friendly.

Write a comment...
Press Enter to post.

**Linda Busch** reviewed Anthony's Little G's —
October 22, 2017 ·

Best food ever. I loved the very inventive menu.
Almost too many items to decide.
Our waiter was so informative, attentative and friendly.
Definitely will be back. Maybe even this trip!

Write a comment...
Press Enter to post.

**Russell Donelson**   recommends Anthony's Little G's.
May 18, 2019 ·

great service (Kelly gets two thumbs up        )
Friendly staff
creative and delightful selections
De-lish

**Great food** · **Creative cuisine**

Write a comment...
Press Enter to post.

**Emily Sklodowske** reviewed Anthony's Little G's —
October 18, 2017 ·

Cozy ambience, friendly staff, and the most
amazingly delicious food ever!!

1

Write a comment...
Press Enter to post.

**Christin Anderson**   recommends Anthony's Little G's.
November 30, 2019 ·

My favorite place to eat.... can't go to Traverse without going to Georgina's!

**Creative cuisine**

Write a comment...
Press Enter to post.

**Maria Furquim** reviewed Anthony's Little G's —
October 1, 2017 ·

The place is nice to dark for my taste , and staff omg very slow to slow , Food was
amazing that I will say not worth a 2 hour wait but great all the same , if not for the
staff and the dark décor of the place I would have given it a 5, and we do a lot of
eating out so I do know what I like and do not like .

2





**Anthony's Little G's** Brenda, thank you for your kind words! Glad you enjoyed !

Like · Reply · 1y

Write a comment...

Press Enter to post.

**Danny Arsov** reviewed Anthony's Little G's —
September 20, 2017 ·

Had a great experience yesterday, the sangria was awesome & i had the mini sombreros appetizer, delish!

Write a comment...

Press Enter to post.

**Jim Huetteman**    recommends Anthony's Little G's.
February 22, 2019 ·

Awesome food and great atmosphere!!!

**Great food · Scenic views**

1 Comment

**Anthony's Little G's** Jim, so glad you enjoyed!

Like · Reply · 1y

Write a comment...

Press Enter to post.

**Heidi Mathers** reviewed Anthony's Little G's —
August 29, 2017 ·

Awesome food, Fiona was welcome, great service!Great location!

Write a comment...

Press Enter to post.

**Kathy Williams**    recommends Anthony's Little G's.
January 20, 2019 ·

Food was amazing. It was very hard to choose what to order since the restaurant combines 2 of my favorite styles of food. Very reasonable prices.





1 Comment

**Anthony's Little G's** Thank you!!
Like · Reply · 1y

Write a comment...
Press Enter to post.

**Roger Gaw** reviewed Anthony's Little G's —
August 25, 2017 ·

The food was awesome and our server, I believe his name was Dillon he was awesome as well. We will definitely eat at Georgina's again.

Write a comment...
Press Enter to post.

**Nichole Sny** recommends Anthony's Little G's.
January 15, 2019 ·

The tacos around the world are amazing. The service is great and the staff is very friendly. First time eating here and I would come back!!!

**Creative cuisine**

1                                                          1 Comment

**Anthony's Little G's** Thank you so much!!    1
Like · Reply · 1y

Write a comment...
Press Enter to post.

**Matt Singer** reviewed Anthony's Little G's —
August 20, 2017 ·

Very unique menu. I ordered the Lo Mein bowl with Chicken and it was excellent! I will stop in again next time I am in town.

Write a comment...
Press Enter to post.



**Danette Crozier**  recommends Anthony's Little G's.
January 5, 2019 ·

Last night (1-04-19) was my first time visiting Georgina's. It was AMAZING! The staff was friendly and the service was efficient. However, the best part was definitely the food. The portions were generous and the variety of food was expansive. This place is a must visit!

2                                                                      1 Comment

**Anthony's Little G's** Thank you so much!

Like · Reply · 1y

Write a comment...

Press Enter to post.

**Caroline Maj Ramseyer** reviewed Anthony's Little G's —
August 20, 2017 ·

We loved our experience. We were seated earlier than our reservation, which was nice. The menu had lots of tasty options on both the Asian fusion & Latin options. It was hard to choose! Our waitress made plenty of solid recommendations. Food was fresh, well seasoned, colorful, made for a perfect evening! This is one of our new favorites. Make sure to go there when you are in Traverse City.

Write a comment...

Press Enter to post.

**Kristie Coon-Thebo**  recommends Anthony's Little G's.
January 18, 2019 ·

Great prices and great food!

**Great food** · **Large portions** · **Healthy options**

2

Write a comment...

Press Enter to post.

**Cathy French** reviewed Anthony's Little G's —
August 15, 2017 ·

Excellent ethic eatery! Ordered the Jamaican Lasagne....Delicious!

See More

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices   Terms   Help

Facebook © 2020
English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   한국어   Italiano   Deutsch   हिन्दी   日本語