UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,                    Case No. 1:18–cv–668

     v.                              Hon. Janet T. Neff

GEORGINA'S LLC,

       Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

     The status conference set in this matter for **July 31, 2020** is hereby **CANCELLED.**

                                          U.S. Magistrate Judge

Dated:  July 29, 2020        By:    /s/ Cynthia Black Hosner
                                             Judicial Assistant