UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

v.

GEORGINA'S LLC., ET AL,

                Defendants.
_____/

Case No. 1:18-CV-668

Honorable Hala Y. Jarbou

## **ORDER**

Before the Court is Defendant's request for a pre-motion conference (ECF No. 72). This case has been reassigned to Judge Jarbou. Judge Jarbou does not hold pre-motion conferences or require the parties attend one before filing a dispositive motion.

Accordingly,

**IT IS ORDERED** that Plaintiffs' request for a pre-motion conference (ECF No. 72) is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall have **14 days from the date of this order** to file any intended motions. The parties are directed to follow the Court's local rules for dispositive motions. *See* W.D. Mich. LCivR 7.2.

Dated: October 13, 2020

/s/ HALA Y. JARBOU
Hala Y. Jarbou
United States District Judge