UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

          Plaintiff,

v.

GEORGINA'S, LLC, et al.,

          Defendants.

_____/

Case No. 1:18-cv-668

Honorable Hala Y. Jarbou

## **ORDER**

For the reasons stated in the opinion entered this date:

**IT IS ORDERED** that the motions filed by Anthony's Little G's, LLC for judgment on the pleadings (ECF No. 78) and to stay discovery pending resolution of the motion for judgment on the pleadings (ECF No. 81) are **DENIED**.

Dated: December 4, 2020

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE