UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,                       Case No. 1:18–cv–668

    v.                                  Hon. Hala Y. Jarbou

GEORGINA'S LLC, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:              January 28, 2021   10:00 AM
District Judge:        Hala Y. Jarbou
Place/Location:       by video

                                                  HALA Y. JARBOU
                                                  United States District Judge

Dated:  January 26, 2021        By:   /s/ Hannah A. Wagener_____
                                             Case Manager