# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

          Plaintiff,

v.

GEORGINA'S, LLC, and
ANTHONY'S LITTLE G'S, LLC.

          Defendants.
_____/

Case No. 1:18-cv-00668
Hon. Hala Jarbou

KENNETH L. BIRD
OMAR WEAVER (P58861)
MILES UHLAR (P65008)
Attorney for Plaintiff
477 Michigan Ave., Rm. 865
Detroit, Michigan 48226
(313) 226-4620
Miles.uhlar@eeoc.gov

Matthew Vermetten (P643425)
Attorney for Georgina's
600 E. Front Street, Ste. 102
Traverse City, Michigan 49686
(231) 929-3540
mvermetten@mich-legal.com

John Di Giacomo (P73056)
Attorney for Little G's
Revision Legal
444 Cass St., Suite D
Traverse City, MI 49684
(231) 714-0100
john@revisionlegal.com
_____/

# **GARNISHMENT DISPOSITION ORDER – THE HUNTINGTON NATIONAL BANK**

WHEREAS, a Consent Judgement was entered on February 4, 2021 (ECF No. 101);

WHEREAS, a Writ of Garnishment was entered as to the Garnishee, The Huntington National Bank ("Huntington"), on March 19, 2021;

WHEREAS, Huntington filed an Answer of the Garnishee on April 26, 2021 (ECF No. 109), and said Answer of the Garnishee identified nonexempt property of the Judgement Debtor, Georgina's, LLC ("Georgina's"), consisting of Five Hundred and Seven dollars and Five cents ($507.05) in a checking account and Thirty-Two dollars and Ninety-Four cents ($32.94) in a savings account;

WHEREAS, Georgina's failed to request a hearing or file an objection within 20 days of Huntington's Answer as specified in 28 U.S.C. §3205(5), the Court hereby enters the following disposition order in accordance with 28 U.S.C. §3205(7):

**IT IS HEREBY ORDERED** that The Huntington National Bank shall immediately disburse to Plaintiff the full amounts of Georgina's checking and savings accounts specified above, in partial satisfaction of

the Consent Judgement (ECF No. 101).

**IT IS FURTHER ORDERED** that in accordance with Plaintiff's wishes, disbursement shall be made via a check made payable to "Jessica Macdonald" (formerly Jessica Werthen), the original Charging Party identified in Plaintiff's Complaint (ECF No. 1). The check shall be sent via US Mail to:

>   Jessica Macdonald
>   c/o EVO Kitchen & Bar
>   443 Fore Street
>   Portland, ME 04101

A copy of the check shall also be mailed to:

>   EEOC – Detroit Field Office
>   Attn: Miles Uhlar
>   477 Michigan Ave., Room 865
>   Detroit, MI 48226

**SO ORDERED.**

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE

Dated: May 27, 2021