# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

          Plaintiff,      Case No. 1:18-cv-00668

   v.               **SATISFACTION OF JUDGMENT**

GEORGINA'S LLC, and
ANTHONY'S LITTLE G'S, LLC

          Defendants.
_____/

WHEREAS, a judgment was entered in the above action on the 4th day of February, 2021 in favor of Plaintiff, the Equal Employment Opportunity Commission, and against Defendants Georgina's LLC and Anthony's Little G's, LLC, jointly and severally, in the amount of $200,000.00, Defendants having made payment in an amount deemed acceptable by Plaintiff, and it being certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

                                        EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION

                                        By:  /s/ Miles L. Uhlar
                                                MILES L. UHLAR (P65008)
                                                DETROIT FIELD OFFICE
                                                Patrick V. McNamara Federal Building
                                                477 Michigan Ave., Room 865
                                                Detroit, Michigan 48226

Dated: August 25, 2021